UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES JONES

VERSUS

KPAQ INDUSTRIES, L.L.C., ET AL.

CIVIL ACTION

15-449-SDD-EWD

## RULING

Local rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

The Court notes that Plaintiff never filed an opposition to Defendant's *Second Motion to Dismiss* filed on July 22, 2016.[1] Rather, it appears Plaintiff believed that the filing of an *Amended Complaint*[2] on August 26, 2016 was responsive to the *Second Motion to Dismiss*. However, filing an Amended Complaint does not relieve a Plaintiff, under the Federal Rules of Civil Procedure or Local Rules of this Court, from the obligation to file the appropriate response to a dispositive motion. In any event, Plaintiff has failed to respond in any manner to the *Third Motion to Dismiss*[3] and, thus, dismissal is appropriate in this case.

Therefore, these *Motions*[4] are deemed to be unopposed and further, after reviewing the record, the Court finds that the Motions have merit. Accordingly,

**IT IS HEREBY ORDERED** that the *Motions to Dismiss* are GRANTED and Defendant, Hood Container of Louisiana LLC (formerly known as KPAQ Industries, LLC), is dismissed from these proceedings without prejudice.

---

[1] Rec. Doc. 16.
[2] Rec. Doc. 18.
[3] Rec. Doc. 23.
[4] Rec. Docs. 16 and 23.

Any response to this *Ruling*, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days and must be accompanied by an opposition memorandum to the original Motions[5].

On review of the pleadings filed along with the opposition, the Court, at its discretion, may assess costs, including attorney's fees, against the moving party, if the Court deems that such a motion was unnecessary had a timely opposition memorandum been filed[6]. A statement of costs conforming to L.R. 54(c) shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than seven (7) days prior to the hearing on the newly filed motion.

Signed in Baton Rouge, Louisiana on November 2, 2016.

*[signature]*

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[5] If no response to this *Ruling* is filed within fourteen (14) days, this dismissal is converted to a dismissal with prejudice.
[6] *See* Fed. R. Civ. P. 16, 83.